```
1   BENJAMIN B. WAGNER
    United States Attorney
2   PAUL A. HEMESATH
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California  95814
4   Telephone: (916) 554-2932
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOEL BLANFORD,<br><br>　　　　　Defendant. | CASE NO. 2:08-cr-00269-WBS<br><br>STIPULATION TO EXCLUDE TIME and [PROPOSED] ORDER<br><br>Court: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** that time be excluded between April 2, 2012, through May 1, 2012, pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv), Local Code T-4.  This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation.  The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.


Dated: April 6, 2012　　　　　　　　　/s/ Paul Hemesath
　　　　　　　　　　　　　　　　　　　Paul Hemesath
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff

1

Dated: April 9, 2012          /s/ Jyoti Rekhi
                              Jyoti Rekhi
                              Counsel for Defendant
                              JOEL BLANFORD

**O R D E R**

Finding that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, **IT IS SO ORDERED**.

Dated:  April 9, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE