```
1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2932
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:08-cr-00269-WBS |
| ) Plaintiff, ) | |
| ) | STIPULATION TO EXCLUDE TIME and |
| v. ) | [PROPOSED] ORDER |
| ) | |
| JOEL BLANFORD, ) | |
| ) | Court: Hon. William B. Shubb |
| Defendant. ) | |
| ) | |

**IT IS HEREBY STIPULATED** that time be excluded between May 14, 2012, through June 4, 2012, pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv), Local Code T-4.  This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation.  The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.


Dated: May 18, 2012                    /s/ Paul Hemesath
                                       Paul Hemesath
                                       Assistant United States Attorney
                                       Counsel for Plaintiff

1

| | |
|---|---|
| Dated: May 18, 2012 | /s/ Michael Cardoza<br>Michael Cardoza<br>Counsel for Defendant<br>JOEL BLANFORD |

**O R D E R**

Finding that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, **IT IS SO ORDERED.**

Dated: May 22, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE